UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON DADOUN, individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>KELLY SERVICES, INC., a corporation and d.b.a. KELLY INFORMATION AND TECHNOLOGY RESOURCES,<br><br>        Defendants. | CASE NO. CV 09 1790<br><br>~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE<br><br>Courtroom:    8<br>Judge:    Charles R. Breyer<br>Trial Date:    None Set |

    The Court, having reviewed the parties' Joint Stipulation for Dismissal With Prejudice, hereby orders that the above-entitled action is dismissed with prejudice as to all parties and all causes of action. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED

Dated:   June 9, 2009

By: _____
HONORABLE
UNITED STATES

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" with signature of Judge Charles R. Breyer]*

1

CV 09 1790